# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

**ORIGINAL**

No. 09-7070            September Term 2009

1:03-cv-01460-JMF

Filed On: February 12, 2010 [1229785]

Marjorie Fudali,

    Appellee

v.

Pivotal Corporation,

    Appellant

## ORDER

Upon consideration of appellant's motion to withdraw the motion to withdraw counsel, and motion to withdraw appeal, it is

**ORDERED** that the motions be granted, and this case is hereby dismissed.

The Clerk is directed to transmit forthwith to the United States District Court for the District of Columbia a certified copy of this order in lieu of formal mandate.

                               **FOR THE COURT:**
                               Mark J. Langer, Clerk

                 BY: /s/
                               Mark A. Butler
                               Deputy Clerk

A True copy:

United States Court of Appeals
for the District of Columbia Circuit

By: /s/ _____ Deputy Clerk